UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3:25-CR-10-CHB |
| ISMAEL ESTRADA<br>ENRIQUE RODRIGUEZ<br>JOHNNY SMITH<br>HUMBERTO HUGO TAPIA MEDINA<br>RICARDO MUNOZ ROSALES | DEFENDANTS |

## ORDER

Upon motion of the United States, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Indictment, which was sealed by this Court on February 4, 2025, is hereby **ORDERED UNSEALED** as to Ismael Estrada, Enrique Rodriguez, Johnny Smith, Humberto Hugo Tapia Medina, and Ricardo Munoz Rosales, only.

cc:   United States Attorney